(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) _Walter Lee Smith  246639_
    (Name of Plaintiff)    (Inmate Number)

_Delaware Correctional Center_
_1181 Paddock Rd, Smyrna, Del 19977_
(Complete Address with zip code)

(2) _____
    (Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) _Warden Thomas Carroll_
(2) _Sergeant Faust_
(3) _Lieutenant Corroathers_
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

_06-511_
(Case Number)
( to be assigned by U.S. District Court)

CIVIL COMPLAINT

• ~~Jury Trial Requested~~

FILED
AUG 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned
JFP

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____
_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • ✓Yes • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • ✓Yes • •No

C. If your answer to "B" is Yes:

1. What steps did you take? _I Filed a grievance concerning the outgoing mail not being taken out. I Also contacted several Prison officals._

2. What was the result? _I Never Received any offical Result. from the grievance I filed. So I contacted Sgt. Faust, LT. Corroathers, and LT. Boone._

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Thomas Carroll_
Employed as _Warden_ at _Delaware Corr. Center_
Mailing address with zip code: _D.C.C. 1181 Paddock Rd. Smyrna, DE 19977_

(2) Name of second defendant: _Sgt. Faust_
Employed as _Correctional Officer_ at _Delaware Corr. Center_
Mailing address with zip code: _D.C.C. 1181 Paddock Rd. Smyrna, DE 19977_

(3) Name of third defendant: _LT. Corroathers_
Employed as _Correctional Officer_ at _Delaware Corr. Center_
Mailing address with zip code: _D.C.C. 1181 Paddock Rd. Smyrna, DE 19977_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Please Review Attached documents marked page 5, 6, 7,

2.

3.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. The Plaintiff only Request for relief is to have his Rights to Appeal under Due Process of Law Reinstated. To Afford him the Fair and just opportunity to Appeal his criminal conviction.

3

2.  _____
    _____
    _____
    _____
    _____
    _____

3.  _____
    _____
    _____
    _____
    _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of  August  , 2 006 .

_Walter F. Smith_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

8. On or about the date of May 10, 2004 I filed a Grievance on the mailing problem with Warden Thomas Carrol.

9. On or about the date of May 12, 2004 - May 14, 2004 while in the Lieutenants office. LT. Boone advised me that alot of the new Guards on the 12 to 8 morning shift was unaware that they had to take the mail out. As a Result the mail was left in the mail box for a extended Period of time.

10. On or about the date of May 15, 2004 Plaintiff received a Notice to Show Cause from the Clerk of the Delaware Supreme Court for failure to file a timely Appeal.

11. On or about the date of May 19, 2004. I asked Sgt. Faust and LT. Corroathers to sign a affidavit in support of my Notice to Show Cause. Stating that between the dates of May 1, 2004 and May 10, 2004 the Legal mail was not being taken out.

12. Despite my Request Sgt. Faust and Lt. Corroather's refused stating they would have to consult their supervisors first.

13. Understanding the difficulty I was having in obtaining a written statement to sustain my allegation. I petition the court Requesting an extension of time to show cause. Due to the Prison Officals unwillingness to cooperate. (May 25, 2004)

14. On or about May 27, 2004 - May 30, 2004. Upon the authority of Capt. Clyde Sagers, while in the Lieutenants office. LT. Boone called Cathy Howard Clerk of the Supreme Court. And verbally acknowledge that the mail "outgoing" was not being taken out between the dates of May 1, 2004 - May 8, 2004 and this time is even questionable. Due to the fact that LT. Corroather's E-mail LT. Boone on May 11, 2004 on the very same issue.

6

15. Due to the unprofessionalism and Intentional disregard of the outgoing mail by the Prison officers. This neglect hinder and effected the Plaintiff's constitutional Right to Due Process and to have Proper access to the courts.

16. On June 1, 2004 Plaintiff filed Notice to Show Cause, and an August 13, 2004 his Notice to Show Cause was denied; thus Rendering his Notice of Appeal as untimely.

7.

I. IN SUPPORT OF GROUND ONE OF PLAINTIFF'S Civil Action

## Memorandum of Law

Prison Officals violated Plaintiffs Constitutional right to Due Process

In the case at bar, Plaintiff, Walter L. Smith filed a timely Postconviction Pursusant to Delaware Supr. Ct. Rule 61. Upon sufficient Review Plaintiffs Postconviction Motion was denied on April 7, 2004. Pursusant to Supr. Ct. Rule 6(A) the plaintiff had 30-days from the date his Postconviction was denied to file a timely Notice of Appeal. Thus in accordance with Rule 6(A) of the Del. Supr. Ct Rule the Plaintiff filed a timely Notice of Appeal on May 5, 2004. Two (2) days before the deadline but within the restricted time Limit. But due to Prison officals intentionally Refusing to take the mail out the Notice of Appeal was deemed untimely.

The Prison mailing Process would have allowed the Plaintiff's Notice of Appeal to Reach the Clerk of the Court in a timely manner. If it wasn't for the intentionally Neglect of the Prison officals. (See Exhibits A & B) Exhibit "A" clearly Represents the Plaintiff's first Notice of Appeal on direct Review being filed with the Clerk of the Court. Being appropriately filed it took one day to be Process and Received by the Clerk. Exhibit "B" Represents a letter mailed from the Prison on May 19th and Received by the on or before the 21st of May. Two days was the mailing time for this correspondence.

1

The Plaintiff mailed a "single" letter from Smyrna, Delaware (Kent Ctr) to Dover, Delaware (Kent County). Under the mailing procedure, the mail comes daily between 11A.M - 2P.M. to be dropped off and picked up. The outgoing mail being mailed out and picked up is being deliver directly to the Post office Processing Deptment in "Dover".

Plaintiff conversed directly with Sgt. Faust and LT. Corroathers on several occassions concerning the mail not being taken out. And Due to their incoherent attitude and blant non-caring demeanor the mail continue to not be taken out.

By Refusing to acknowledge the problem with the mail the Prison officals violated Plaintiff's consitutionally right by hinder his accessability to the courts. See Martin v Wainwright 5 cir 1976 526 F.2d 938, Also See Mc Donell v Wolff 8 cir 1973 483 F.2d 1059 Barlow v Amiss, 5 cir 1973 477 F.2d 896
  [ the denial of Free and unfettered communication between inmates
     and the courts and attorneys may constitute a denial of a
     constitutional rights.)

The Plaintiff had a Constitutional Right to Due Process of Law. The prison officals were well aware of the mailing problems but still refuse to do anything about it.

The interest of the district court Reveals that the their primary concern is a safeguard for Prisoner's access to the courts. This emphasis perhaps reflects the Recurrent Judicial attitude that the Right of access to the courts is Afford special protection.
  See Mc Cray v Sullivan 5 cir 509 F.2d 1332, Eisenhardt v Britton
  5 cir 1973, 478 F.2d 855.

2

We Recognized in McCray that a inmates right of unfettered access to the courts is as fundamental a right as any right he may hold... all other rights of an inmate are illusory without it... 509 F.2d at 1337, citing Adams v Carlson 7 cir 1973 488 citing 488 F.2d 619, 630.

In Sostre v McGinnis 2 cir 1971 442, F.2d 178 (en banc) cert. denied, 1972 404 U.S. 1049, 92 S. Ct. 719 30. L. Ed. 2d 740; 405 U.S. 978, 92 S. Ct. 1190 31 L.Ed.2d 254; the Court stated that letters addressed to courts, public officals, or an attorney when a prisoner challenges the legality of either his criminal convicition or the conditions of his incarceration are sui generis in both logic and the case law.....

" The importance of permitting free and uninhibited access by prisoners to both administrative and sudicial forums of the purpose of seeking redress of grievances" warrants protection against the reality or the chilling threat of administrative infringement 442 F.2d at 200

These said individuals should be held liable due to the fact that they neglected to do their professional duties, even after being made aware of the situation. They still took several days to accomplish a 5 minute task.

_Walter J. Smith_
246639
Walter C. Smith
D.C.C.
1181-Paddock Rd
Smyrna, Del
19977

Dated Fri Aug 11th 2006

## Certificate of Service

I, WALTER L. Smith, hereby certify that I have served a true and correct cop(ies) of the attached: Complaint Civil 42 USC 1983 _____ upon the following parties/person (s):

TO: Delaware District Attorney
Dept. OF Justice
820 N. French Str.
Wilm, De
19801

TO: Thomas Carroll/Warden
D.C.C.
1181 Paddock Rd.
Smyrna, Del
19977

TO: LT. Corroathers,
D.C.C.
1181 Paddock Rd.
Smyrna, Del
19977

TO: Sgt. Faust.
D.C.C.
1181 Paddock Rd.
Smyrna, Del
19977

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 12 day of August, 2006

Walter L. Smith

I/M Walter Smith
SBI# 246635   UNIT C-U-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
844 N. King Str.
Wilmington, Del
19801