Judge Robinson:                                                    06-511-SLR

These are exhibits to support Petitioner's

civil action against the D.O.C. staff; also

included is the form of Paupers.


RECEIVED
SEP 0 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE SUPREME COURT OF THE STATE OF DELAWARE

WALTER SMITH                          *              , 2002
                                      *
    Defendant below,                  *
    Appellant                         *
                                      *
    V.                                *
                                      *
STATE OF DELAWARE,                    *    NOTICE OF APPEAL
                                      *
    Plaintiff below,                  *
    Appellee                          *

COMES NOW, the defendant, Walter Smith, by and through his attorney, Karl Haller, who appeals the decision of the Superior Court of the State of Delaware in and for Sussex County regarding trial on March 11, 2002 thru March 15, 2002 and the sentencing of May 10, 2002 by the Honorable T. Henley Graves. Criminal Action No. 01-05-0751, the defendant's I.D. No. 0105019765.

Dated: 5/13/02

Karl Haller
Assistant Public Defender
14 The Circle
Georgetown, DE 19947
I.D. No. 56

"Exhibit A"

SUPREME COURT OF DELAWARE

CATHY L. HOWARD
*Clerk*

AUDREY F. BACINO
*Assistant Clerk*

DEBORAH L. WEBB
*Chief Deputy Clerk*

LISA A. SEMANS
*Senior Court Clerk*

#5
SUPREME COURT BUILDING
55 THE GREEN
P.O. BOX 476
DOVER, DE 19903

(302) 739-4155

May 21, 2004

Mr. Walter L. Smith
SBI #00246639
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

RE:   *Smith v. State*, No. 202, 2004

Dear Mr. Smith:

The Court is in receipt of your letter dated May 19, 2004, requesting an extension to file the response to the notice to show cause, in the above captioned matter.  Please be advised that your request is granted.  The response to the notice to show cause should be filed no later than **June 7, 2004.**  The response should show cause why this appeal should not be dismissed pursuant to Supreme Court Rule 29(b) (copy enclosed).

Very truly yours,

/eas

cc:   Kim E. Ayvazian, Esquire

Exhibit B

# Certificate of Service

I, _____Walter Smith_____, hereby certify that I have served a true

and correct cop(ies) of the attached: _____Exhibits_____

_____ upon the following

parties/person (s):


TO: _____District Attorn_____        TO: _____

_____820 N. French St_____

_____Wilm. Del 19801_____

_____        _____

_____        _____

_____        _____


TO: _____        TO: _____

_____        _____

_____        _____

_____        _____


**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this ___28___ day of _____August_____, 2006

_____Walter Smith_____