UNITED STATES COURT FOR THE
DISTRICT OF DELAWARE

WALTER L. Smith
    Petitioner

V

Thomas Carroll
    Respondent

06-511-SCR

No. 1:05-571

## Motion to Withdraw

Now comes Petitioner Walter L. Smith Respectfully Requesting to withdraw Civil Action 1983 Petition submitted on August 17, 2006 by Petitioner.



Scanned: BD 9/18/06

FILED
SEP 18 2006
U.S. DISTRICT COURT
DISTRICT OF DEL

Walter L Smith
Walter L Smith
1181 Paddock Rd.
Smyrna, Del 19977

DATE: Sept 10 2006

## Certificate of Service

I, _Walter Smith_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion To Withdraw_ _____ upon the following parties/person (s):

TO: _Attorney General_
_820 N. French_
_Wilm, DeL 19801_

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _13_ day of _Sept_, 2006

_Walter Smith_

IM Walter C Smith Sr.
SBI# 246659 UNIT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
15 SEP 2006 PM 2 L

Clerk of District Court
844 N. King St. Lockbox 18
Wilmington, Del
19801