IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALTER L. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-511-SLR |
| | ) | |
| THOMAS CARROLL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 20th day of September 2006.

Plaintiff Walter L. Smith, an inmate at Delaware Correctional Center, filed a "motion to withdraw" (D.I. 6) The caption of the motion refers to Civ. No. 05-572-SLR, but the body of the motion refers to a § 1983 civil action filed by plaintiff on August 17, 2006. Plaintiff has two actions pending in this court. This § 1983 action, Civ. No. 06-511-SLR, and a § 2254 habeas corpus action, Civ. No. 05-571-SLR. Inasmuch as the motion before the court describes this § 1983 action, the court construes the motion to withdraw as a motion to voluntarily dismiss the case pursuant to Fed. R. Civ. P. 41(a).

IT IS THEREBY ORDERED that:

1.   The motion to voluntarily dismiss (D.I. 6) pursuant to Fed. R. Civ. P. 41(a) is **granted** and the complaint is dismissed without prejudice.

2.   Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee. The clerk of the court

is directed to send a copy of this order to the appropriate prison business office. The clerk of the court is also directed to close this case.

                                                    UNITED STATES DISTRICT JUDGE